ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| OLIVER C. LOADHOLT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 309-057 |
| | ) | |
| BRIAN OWENS, Commissioner of the Department of Corrections, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 2nd day of Dec., 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Though the Clerk docketed Plaintiff's response to the Report and Recommendation as objections, a review of Plaintiff's response reveals it to be a letter written to the Magistrate Judge, in which Plaintiff states that he does not contest the recommendation of dismissal. (See doc. no. 7, p. 1).